# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEREMY ALLEN RUSSELL, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-16-0460-HE |
| ) | |
| THE STATE OF OKLAHOMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff, a state prisoner appearing *pro se*, filed this § 1983 action alleging various violations of his rights. Pursuant to 28 U.S.C. §636(b)(1)(B)-(C) the matter was referred for initial proceedings to U. S. Magistrate Judge Shon T. Erwin. The magistrate judge conducted an initial review of the complaint pursuant to 28 U.S.C. §§ 1915A(a) and 1915(e)(2)B) and, in a thorough Report and Recommendation, recommended that all plaintiff's claims be dismissed with prejudice. Rather than objecting to the Report and Recommendation, plaintiff filed an amended complaint which appears to drop many of the claims initially asserted.

The matter is referred again to the magistrate judge to determine whether plaintiff has, in his amended complaint, stated claims upon which relief may be granted. Plaintiff is advised that he may not amend his complaint again without leave of court.

**IT IS SO ORDERED**.

Dated this 17th day of June, 2016.

JOE HEATON
CHIEF U. S. DISTRICT JUDGE